ANNIE F. KIESOW, as Administratrix of the Estate of WILLIAM H. KIESOW, Deceased, Respondent, *v.* NEW YORK CITY RAILWAY COMPANY, Defendant, and NEW YORK MAIL COMPANY, Appellant.

*Kiesow* v. *New York City Ry. Co.*, 128 App. Div. 904, affirmed.
(Argued December 10, 1909; decided January 11, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 29, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by defendant's negligence.

*Charles F. Brown* and *James J. Mahoney* for appellant.

*Frank Moss* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, HAIGHT, VANN, WERNER, WILLARD
BARTLETT and HISCOCK, JJ.   Absent: CULLEN, Ch. J.